UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

United States of America,    :

    Plaintiff,    :

      v.    :    DOCKET NO:3:01CV02084(DJS)

Roselynn Conforti,    :

    Defendant.    :    February 23, 2004

### MOTION FOR EXAMINATION OF JUDGMENT DEBTOR AND FOR A HEARING ON DEFENDANT'S ABILITY TO PAY THE JUDGMENT

The Federal plaintiff in the above-entitled action represents:

1. That it recovered a judgment against the defendant, Roselynn Conforti, before the United States District Court, District of Connecticut, on April 1, 2003 for the sum of $6,281.00 plus damages, costs and interest.

2. On November 6, 2003 plaintiff served by mail a set of Post Judgment Interrogatories and Request for Production on the defendant, Roselynn Conforti. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the defendant has not filed any response, or requested extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure

disclosure", and F.R.Civ.P.37(d), which authorizes this Court to "make such orders in regard to the failure [to answer interrogatories] as are just", the federal plaintiff respectfully requests that an order be entered requiring the defendant to appear before a Judge or Magistrate Judge of this Court and then and there be examined under oath concerning his property and means of paying said judgment.

The federal plaintiff further moves that as part of the aforesaid order, the defendant be required to produce at the hearing: (1) copies of defendant's income tax records filed for the last two years; (2) all other documents sought by government's Request for Production; and (3) a completed financial statement to assist the Court's evaluation of the defendant's ability to pay.  A proposed Order is attached hereto for the Court's consideration.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT   06508
(203) 821-3700
FEDERAL BAR. CT 03393

C E R T I F I C A T I O N

This is to certify that a copy of the foregoing was mailed postage prepaid on this 20th day of February, 2004 to:

Roselynn Conforti
138 Quinn St.
Naugatuck, CT 06770-2600

Eddi Z. Zyko, Esq.
Attorney at Law
120 Fenn Rd.
Middlebury, CT 06782

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY