```
                                              FILED

                                        2004 MAR -1  P 2: 15

        UNITED STATES DISTRICT COURT     U.S. DISTRICT COURT
            DISTRICT OF CONNECTICUT         HARTFORD, CT.
```

```
--------------------------------x
UNITED STATES OF AMERICA         :
                                 :   Civil Action No.
            Plaintiff            :   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 (DJS)
                                 :
     v.                          :
                                 :   February 27, 2004
ESTATE OF MICHAEL F. CONFORTI    :
AND ROSELYN CONFORTI, EXECUTRIX  :
OF ESTATE OF MICHAEL F.CONFORTI  :
                                 :
            Defendants           :
--------------------------------x
```

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXAMINATION OF JUDGMENT DEBTOR AND FOR A HEARING ON DEFENDANT'S ABILITY TO PAY THE JUDGMENTS**

The defendant opposes the plaintiff's Motion for Examianation of Judgment Debtor and for A Hearing On Defendant's Ability to Pay the Judgment in the above captioned case, as follows:

1. This case is on appeal at the Circuit Court of Appeals for the Second Circuit. Therefore, said motion is premature.

2. When, and if, this court is affirmed on said appeal, the defendant will take the lead to demonstrate to the government and this court that Mrs. Conforti is an ill, aged widow of limited means and lacks the reasonable ability to pay the alleged debt.

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY NOT REQUIRED

1

THE DEFENDANTS,

BY *[signature]*
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT. JURIS NO: 71655
FEDERAL BAR NO: CT-14172
TEL NO: (203) 758-8119
FAX NO: (203) 598-7994

## CERTIFICATION OF SERVICE

I hereby certify that, on February 27, 2004, a copy of the foregoing was mailed, postage prepaid to Christine Sciarrino, AUSA, United States Attorney's Office, 157 Church Street, 23rd Floor, New Haven, CT 06509.

*[signature]*
EDDI Z. ZYKO, ESQUIRE

2