UNITED STATES COURT OF APPEALS        c: CTDC/NHCT
FOR THE SECOND CIRCUIT                DC Judge: Squatrito
THURGOOD MARSHALL UNITED STATES COURTHOUSE 01-cv-2084
40 FOLEY SQUARE
NEW YORK 10007

Re: USA v. Conforti

Docket No. 03-6140

CIVIL APPEALS SCHEDULING ORDER #1
ADDRESS INQUIRIES TO (212) 857-8544

Noting that __Eddi Zyko__ counsel for the appellant, __Michael Conforti__ has filed a Notice of Appeal, a Civil Appeals Pre-Argument Statement and Transcript information, and being advised as to the progress of the appeal,

IT IS HEREBY ORDERED that the index to the record on appeal, a certified, copy of the docket entries, and the clerk's certificate shall be filed on or before __Mar. 26, 2004__. The documents constituting the record on apeal shall not be transmitted until requested by this Court, but will be required within 24 hour of such request.

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix be filed on or before __Apr. 2, 2004__.

IT IS FURTHER ORDERED that the brief of the appellee be filed on or before __May 3, 2004__.

IT IS FURTHER ORDERED that ten (10) copies of each brief be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of __June 14, 2004__. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by appellant in filing the record on appeal, or the appellant's brief and joint appendix, at the times directed, or upon default or the appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, the appellee shall be subject to such sanctions as the court may deem appropriate.

ROSEANN B. MACKECHNIE, Clerk

By: _____
Lisa Greenberg
Staff Counsel

Dated: _____