## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**          :
    **Plaintiff**

**v.**                                :          **CASE NO.: 3:01cv2084(DJS)**

**ROSELYNN CONFORTI**                 :
    **Defendant**


## ORDER OF REFERENCE TO
## A UNITED STATES MAGISTRATE JUDGE

The following motion is hereby referred to <u>Thomas P. Smith</u>, United States

Magistrate Judge:   Motion for Examination of Judgment Debtor and for a Hearing on

Defendant's Ability to Pay the Judgment (Doc. #30).

      **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this <u> 4th </u> day of <u> March </u>, 2004.


        <u>/s/DJS                                </u>
        Dominic J. Squatrito
        United States District Judge