#30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

United States of America,    :

            Plaintiff,    :

    v.    :    DOCKET NO:3:01CV02084(DJS)

Roselynn Conforti,    :

            Defendant.    :    February 23, 2004

**MOTION FOR EXAMINATION OF JUDGMENT
DEBTOR AND FOR A HEARING ON DEFENDANT'S
ABILITY TO PAY THE JUDGMENT**

The Federal plaintiff in the above-entitled action represents:

1. That it recovered a judgment against the defendant, Roselynn Conforti, before the United States District Court, District of Connecticut, on April 1, 2003 for the sum of $6,281.00 plus damages, costs and interest.

2. On November 6, 2003 plaintiff served by mail a set of Post Judgment Interrogatories and Request for Production on the defendant, Roselynn Conforti. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the defendant has not filed any response, or requested extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure

3/15/04. Granted. WMS

FILED 2004 MAR 15 P 1:49 U.S. DISTRICT COURT HARTFORD CT.