UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

FILED
2004 MAR 15 P 1: 09
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA,
       -Plaintiff

- v -　　　　　　　　　　　　　　DOCKET 3-01-2084(DJS)

ROSELYNN CONFORTI,
       -Defendant

## ORDER

Plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against defendant, it is hereby:

ORDERED that the defendant, Roselynn Conforti, appear before the Honorable Thomas P. Smith, U.S. Magistrate Judge, in the West Courtroom, 450 Main Street, Hartford, Connecticut, on May 6, 2004, at 10:00 a.m., and then and there be examined under oath concerning her assets and her ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant bring with her and produce at the hearing all documents sought by plaintiff's Request for Production served on or about November 6, 2003, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant is advised that failure to appear before the court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the defendant to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the defendant.

Dated at Hartford, Connecticut, this 15th day of March, 2004.

Thomas P. Smith
U.S. Magistrate Judge