UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| VS. | : Docket No. 3:01CV2084 (DJS) |
| ROSELYNN CONFORTI, et al. | : |
| Defendants. | : April 1, 2004 |

## GOVERNMENT'S NOTICE OF SETTLEMENT

The Government hereby gives notice that the parties have reached a settlement in this matter, and that the case may be closed, with each party bearing its own costs.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT  06510
(203) 821-3780
Federal No. CT3393

*FILED 2004 APR -5 A 11: 14 U.S. DISTRICT COURT HARTFORD, CT.*

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this first day of April, 2004, to:

Eddi Z. Zyko, Esq.
102 Fenn Road
Middlebury, CT   06762

Christine Sciarrino