# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

United States v. Conforti

Docket # 03-6140

APR 16 2004

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Attorney for Appellant

EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CONNECTICUT 06762
OFFICE (203) 758-8119
FAX (203) 598-7994

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

Christine Sciarrino
Attorney for Appellee
Assistant U.S. Attorney

Dated: April 1, 2004

Counsel: Please print name and firm under signatures.

So Ordered
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

CERTIFIED: 4/4/04 D.B.